# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-1959
_____

Leonard N. Anderson

*Plaintiff - Appellant*

v.

Ed Smith, in his individual capacity and his official capacity for his conduct under color of law, in the course and scope of his employment, as a City of St. Paul, Department of Safety Inspections Employee; City of St. Paul, a political subdivision of the State of Minnesota

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: June 18, 2020
Filed: July 29, 2020
[Unpublished]
_____

Before KELLY, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Leonard Anderson and the City of St. Paul have had a long-running dispute over building-code violations on his property. He eventually sued the City and one

of its inspectors in federal court. His amended complaint contained two sets of claims: seven total under 42 U.S.C. § 1983 and two more under state law.

The district court[1] dismissed the federal claims with prejudice, *see* Fed. R. Civ. P. 12(b)(6), and declined to exercise supplemental jurisdiction over the state-law claims, *see* 28 U.S.C. § 1367(c)(3). Reviewing the dismissal de novo and having carefully reviewed the record and the parties' arguments, we agree with the district court that Anderson's amended complaint fails to state a federal claim. *See Kelly v. City of Omaha*, 813 F.3d 1070, 1075 (8th Cir. 2016) (standard of review). We accordingly affirm the judgment.[2] *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota.

[2]We note that the district court's order states that "Anderson's state-law claims" are dismissed without prejudice, but the judgment itself omits one: a trespass claim (Claim V). If this is a clerical error, the district court can correct it. *See* Fed. R. Civ. P. 60(a).